Ida S. Schoen, Respondent, v. George H. Schoen, Appellant.— In a matrimonial action, defendant appeals from a judgment granting plaintiff wife a limited separation. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

## (June 12, 1939.)

In the Matter of the Application of Alexander Biesadecki, Respondent, for a Mandamus Order for the Inspection of Books of California Pie & Baking Co., Inc., Appellant.— Appeal from order granting inspection of appellant's books. On stipulation, order modified by providing that the inspection of the books, records and documents and all papers and other data mentioned and described in said order shall be deemed to apply only to the books, records and documents, etc., of the California Pie & Baking Co., Inc., from January 1, 1935, to June 12, 1939; and, as so modified, the order is affirmed, without costs. Examination to proceed on five days' notice. Order denying motion to resettle order of May 19, 1939, affirmed, without costs, on stipulation. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

## (June 19, 1939.)

Elmer J. Ashmead, Landlord, Respondent, v. Isidore Seslowe, Tenant, Appellant; Benjamin Wareck, Undertenant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

Frances Cunningham, as Administratrix, etc., of Margaret Cunningham, Deceased, Respondent, v. Thomas S. Deal, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

Tillie Frankenstein and Another, Respondents, v. Bond Stores, Inc., and Another, Appellants.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

Betty Goldstein, an Infant, by Pauline Goldstein, Her Guardian ad Litem, Respondent, Joseph Goldstein, Plaintiff, v. William Stein, Appellant, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied on the merits, without costs. (See, also, Rule XXVI, Rules of Appellate Division, Second Department.) Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.